UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GONZALES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:20-cv-00566-BAM<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>(Doc. No. 13) |

On September 1, 2020, Jonathan O. Peña, counsel for Plaintiff Edward Gonzales, filed a motion to withdraw as counsel of record pursuant to Local Rule 182(d).  (Doc. No. 13.)  The motion to withdraw as counsel for Plaintiff SHALL BE HEARD on **Friday, October 2, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties are directed to appear at the motion hearing by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.  Counsel for Plaintiff is directed to promptly serve Plaintiff with a copy of this Order at his last known address of record and to file proof of such service with the Court.
IT IS SO ORDERED.

Dated:   **September 2, 2020**            /s/ Barbara A. McAuliffe            
                                           UNITED STATES MAGISTRATE JUDGE

1