UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-00566-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |

By separate order, the Court has granted the motion of Jonathan O. Peña of the Law Office of Peña & Bromberg, PC to withdraw as attorney of record for Plaintiff Edward Gonzales ("Plaintiff").  Plaintiff has been substituted *in propria persona* in place and stead of Mr. Peña and is no longer represented by counsel.  In light of the substitution, Plaintiff will be granted a brief extension of time to secure new counsel or to otherwise determine how he would like to proceed in this action.

Accordingly, the Court sets a TELEPHONIC STATUS CONFERENCE in this matter for **November 9, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference is to address whether Plaintiff has secured new counsel or intends to proceed *in propria persona*.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

Plaintiff is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions.  A copy of this Order will be served

1

on Plaintiff at his last known address.

IT IS SO ORDERED.

Dated: __**October 2, 2020**__         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE