# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-00566-BAM<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 19)<br><br>**Response Deadline:  November 23, 2020** |

On October 2, 2020, the Court issued an order granting the motion of Jonathan O. Peña of the Law Office of Peña & Bromberg, PC to withdraw as attorney of record for Plaintiff Edward Gonzales ("Plaintiff").  Plaintiff was substituted for counsel *in propria persona* and the Court set a telephonic status conference on November 9, 2020, to address whether Plaintiff had secured new counsel or intended to proceed *in propria persona*.  (Doc. Nos. 18, 19.)  Plaintiff was warned that his failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions.  (Doc. No. 19.)  The Order was served on Plaintiff at his last known address.

On November 9, 2020, the Court convened the telephonic status conference.  Counsel for the Commissioner of Social Security, Ellinor Coder, appeared by telephone.  Plaintiff failed to appear.  Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action

should not be dismissed for Plaintiff's failure to comply with the Court's order and Plaintiff's failure to prosecute this action.  Plaintiff shall file a written response to this order to show cause no later than **November 23, 2020.**

**Plaintiff is advised that failure to respond to this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**  A copy of this Order will be served on Plaintiff at his last known address.

IT IS SO ORDERED.

Dated:   **November 9, 2020**         /s/ Barbara A. McAuliffe         
UNITED STATES MAGISTRATE JUDGE